IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEVEN E. BEAVER,

     Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0340

Opinion filed May 7, 2015.

Petition for Writ of Mandamus -- Original Jurisdiction.

Steven E. Beaver, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Shirley W. Durham, Assistant Attorney General, Tallahassee; Jennifer Parker, General Counsel, Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

     DISMISSED as moot. See Ward v. State, 770 So. 2d 206 (Fla. 1st DCA 2000) (dismissing a petition for writ of mandamus as moot where the trial court had ruled on the pleading pending below).

WOLF, THOMAS, and OSTERHAUS, JJ., CONCUR.